IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ENRIQUE E. QUINTANA, #15321-035 | § | |
| VS. | § | CIVIL ACTION NO. 6:13cv141 |
| | | CRIM NO. 6:11CR00025 |
| UNITED STATES OF AMERICA | § | |

O R D E R OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice. It is further

**ORDERED** that the Final Judgment (docket entry #52) issued in *United States v. Quintana*, Criminal No. 6:11cr00025-001, is **VACATED** and the Clerk of Court shall re-enter the Final Judgment. It is further

**ORDERED** that Charles van Cleef, Attorney at Law, P. O. Box 2432, Longview, Texas 75606 is appointed to represent Enrique E. Quintana on appeal. It is finally

**ORDERED** that all other motions by either party not previously ruled on are hereby **DENIED.**

**SIGNED this 21st day of March, 2016.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE